IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JE HYUK LEE,<br><br>         Plaintiff,<br><br>v.<br><br>AURA ENTERPRISES, INC. and<br>KANG S. CHOI,<br><br>         Defendants. | Civil Action File No.<br>1:16-CV-1675-MHC<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

On behalf of Je Hyuk Lee ("Plaintiff") and Aura Enterprises, Inc. ("Aura") and Kang S. Choi ("Choi") ("Defendants"), Defendants hereby notify the Court that the Parties have agreed to settle the above-referenced matter and are in the process of reducing that agreement to writing.  The Parties hereby move to cancel all pending deadlines and motions scheduled in this matter.

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1D, I hereby certify that the foregoing was prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. Specifically, it was prepared with Times New Roman, 14 point.

Respectfully submitted this 27th, day of December, 2016.

/s/ *Henry F. Warnock*

Henry F. Warnock
Georgia Bar No. 232668
hwarnock@fordharrison.com
FORD & HARRISON LLP
271 17th Street, NW
Suite 1900
Atlanta, Georgia 30363
Telephone: 404-888-3800
Facsimile:  404-888-3863


Mark A. Saloman
New Jersey Bar No. 18831
msaloman@fordharrison.com
*ADMITTED PRO HAC VICE*
FORD & HARRISON LLP
300 Connell Drive
Suite 4100
Berkeley Heights, NJ  07922
Telephone: 973-646-7305
Facsimile:  973-646-7301


*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JE HYUK LEE,<br><br>     Plaintiff,<br><br>v.<br><br>AURA ENTERPRISES, INC. and KANG S. CHOI,<br><br>     Defendants. | Civil Action File No.<br>1:16-CV-1675-MHC<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2016, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail or other notification of such filing to the attorneys of record:

*/s/ Henry F. Warnock*

Henry F. Warnock
Georgia Bar No. 232668
hwarnock@fordharrison.com
FORDHARRISON LLP
271 17th Street, NW
Suite 1900
Atlanta, Georgia 30363
Telephone: 404-888-3800
Facsimile:  404-888-3863

*Attorney for Defendant*

WSACTIVELLP:8907797.1

- 3 -