IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JE HYUK LEE,<br><br>  Plaintiff,<br><br>v.<br><br>AURA ENTERPRISES, INC.,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-1675-MHC |

## ORDER

Parties have filed a Notice of Settlement [Doc. 19] and reports to the Court that the case has settled and the parties are in the process of finalizing a formal agreement. The Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. Upon finalization of the settlement documents, the parties shall file a stipulation of dismissal.[1]

**IT IS SO ORDERED** this 28th day of December, 2016.

_____
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.